IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| XAVIER LANGFORD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 119-054 |
| | ) | |
| TIMOTHY C. WARD, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

Petitioner Xavier Langford filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 3, 2019, the Court denied Petitioner's motion to proceed *in forma pauperis* ("IFP") and directed Petitioner to pay the $5.00 filing fee within twenty-one days.[1] (Doc. no. 8.) The time to respond has passed, but Petitioner has not paid the filing fee. Petitioner shall have until May 14, 2019, to inform the Court of his intentions regarding pursuit of this case by paying the $5.00 filing fee or otherwise explaining why he has failed to comply with the Court's April 3rd Order. To facilitate any request from Petitioner to prison officials to forward the filing fee in a timely fashion, the Court **DIRECTS** the **CLERK** to serve this Order on Petitioner's custodian.

SO ORDERED this 30th day of April, 2019, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The financial information submitted with Petitioner's IFP motion showed that he had a spendable amount of $115.02 in his prison trust fund account. (Doc. no. 2, p. 5.)