# United States District Court
## *Southern District of Georgia*

XAVIERLANGFORD,

       Petitioner,

**JUDGMENT IN A CIVIL CASE**

       **V.**

CASE NUMBER: CV 119-054

TIMOTHY C. WARD,

       Respondent.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated June 14, 2019 adopting the Magistrate Judge's Report and

Recommendation as the Court's opinion and overruling Petitioner's objections, that Petitioner's

petition is hereby dismissed; furthermore, the Court denies Petitioner a certificate of appealability in

this case and Petitioner is not entitled to appeal in forma paupers. This case stands closed.

06/14/2019
_____
*Date*

Scott L. Poff
_____
*Clerk*

*/s/ Jamie Hodge*
_____
*(By) Deputy Clerk*